# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

## U. S. DISTRICT COURT

**CASE SEALED:** ◯ YES  ● NO

**DOCKET NUMBER:** 3:23-cr-99-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : US vs | YURY NAGIBOVICH |
| **COUNTY OF OFFENSE** : | MECKLENBURG |
| **RELATED CASE INFORMATION** : | Complaint issued 3/31/2023 |
| *Magistrate Judge Case Number* : | 3:23-MJ-87 |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | NOT IN CUSTODY |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ● Felony

18 U.S.C. § 2252A(a)(1)

**JUVENILE:**  ◯ Yes  ● No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | NICK MILLER |
| **VICTIM/WITNESS COORDINATORS:** | SHIRLEY RUTLEDGE |
| **INTERPRETER NEEDED** : | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

*(Maintain form in the Attorney Work Product folder / purge before archiving.)*