# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Yury Nagibovich

Case Number: 3:23-cr-99

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| One (Transportation of Child Pornography) | 18 USC 2252A(a)(1) | 5 years | No less than 5 years, not more than 20 years imprisonmnt; $250,000 fine; no less than 5 years, up to life on supervised release; if prior qualifying conviction, no less than 15 years and no more than 40 years imprisonment |
| Two (Possession of Child Pornography) | 18 USC 2252A(a)(5)(B) | none | Not more than 20 years imprisonment; $250,000 fine; no less than 5 years, up to life on supervised release; if prior qualifying conviction, no less than 10 years and no more than 20 years imprisonment |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO

* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO

* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO

* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE